**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN SMITH AND FLORIA SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Case No. 8:23-cv-00015-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [19]** |

///

///

///

Having reviewed and considered the Joint Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [19] (the "Stipulation"), filed by Plaintiff MARLIN SMITH and Plaintiff FLORIA SMITH (collectively, "Plaintiffs") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief.  Plaintiffs and Defendant shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  September 29, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE